# United States Bankruptcy Court
## Northern District of Illinois

In re: Dominic Virshaun Mason Pierce   Case No. 10 B 54119
Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 74.75 on or before January 6, 2011

$ 74.75 on or before February 4, 2011

$ 74.75 on or before March 7, 2011

$ 74.75 on or before April 6, 2011

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: 12-22-10

BY THE COURT:
_____
United States Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number:    10-54119
Case Name:      Dominic Virshaun Mason Pierce
                        debtor (s)

I, Karen Jacobs, Courtroom Deputy, do hereby certify that on this 22nd day of December, 2010  I caused to be served via first class mail a true and correct copy of:

    order on debtor's application for waiver of chapter 7 filing fee    dated: December 22, 2010

addressed to each of the following named individuals:

Dominic Virshaun Mason Pierce
5406 S. Indiana Ave.
Chicago, IL 60615


_____
Karen Jacobs
Courtroom Deputy